# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHRISTOPHER J. BLACKBURN & MARIA R. BLACKBURN     Case Number: 07-71187
4574 BUNKER HILL ROAD     SSN-xxx-xx-2500 & xxx-xx-2276
LOVES PARK, IL  61111

Case filed on: 5/16/2007
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,200.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 003 | DRAPER & KRAMER MORTGAGE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | LINEBARGER GOGGAN BLAIR & SAMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | REBECCA A. FOX | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | TED TUPAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 738.51 | 738.51 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 6,210.58 | 6,210.58 | 0.00 | 0.00 |
|  | Total Priority | 6,949.09 | 6,949.09 | 0.00 | 0.00 |
| 999 | CHRISTOPHER J. BLACKBURN | 0.00 | 0.00 | 2,060.96 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,060.96 | 0.00 |
| 002 | NATIONWIDE ADVANTAGE MORTGAGE CO | 1,446.07 | 1,446.07 | 0.00 | 0.00 |
| 039 | AMERICAN HONDA FINANCE CORPORATION | 13,596.71 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 15,042.78 | 1,446.07 | 0.00 | 0.00 |
| 001 | HEIGHTS FINANCE | 1,286.24 | 1,286.24 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 106.30 | 106.30 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 701.95 | 701.95 | 0.00 | 0.00 |
| 009 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 1,199.09 | 1,199.09 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 3,932.28 | 3,932.28 | 0.00 | 0.00 |
| 012 | BERTRAM NANAYAKKARA, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CYBRCOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SWEDISH AMERICAN ER PHYSICIANS | 20.94 | 20.94 | 0.00 | 0.00 |
| 017 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | GEVALIA KAFFEE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | JAMES WARNER | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CHASE AUTO FINANCE | 31,082.95 | 31,082.95 | 0.00 | 0.00 |
| 021 | KP COUNSELING INC | 220.00 | 220.00 | 0.00 | 0.00 |
| 022 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MIRACLE FINANCIAL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT SERVICES | 1,458.32 | 1,458.32 | 0.00 | 0.00 |
| 025 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | OMNI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | OMNIUM WORLDWIDE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROSECRANCE ON HARRISON | 3,379.00 | 3,379.00 | 0.00 | 0.00 |
| 029 | PORTFOLIO RECOVERY ASSOCIATES | 2,019.69 | 2,019.69 | 0.00 | 0.00 |
| 030 | SWEDISH AMERICAN HOSPITAL | 3,404.78 | 3,404.78 | 0.00 | 0.00 |
| 031 | ROCK VALLEY WOMENS HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD MERCANTILE AGENCY INC | 627.18 | 627.18 | 0.00 | 0.00 |
| 033 | ROCK VALLEY CULLIGAN | 100.90 | 100.90 | 0.00 | 0.00 |
| 034 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 6,161.77 | 6,161.77 | 0.00 | 0.00 |
| 035 | SUMMIT COLLECTION SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ROUNDUP FUNDING LLC | 265.65 | 265.65 | 0.00 | 0.00 |
| 040 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 804.26 | 804.26 | 0.00 | 0.00 |
|  | Total Unsecured | 56,771.30 | 56,771.30 | 0.00 | 0.00 |
|  | Grand Total: | 80,763.17 | 67,166.46 | 4,060.96 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $4,060.96 |
| Trustee Allowance: | $139.04 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>03/26/2008</u>			By  <u>/s/Heather M. Fagan</u>